NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**IN RE: ALEXANDER I. SOTO, WALTER G. SOTO,**
*Appellants*

_____

2023-2008

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 17/138,794.

_____

**JUDGMENT**

_____

DEREK MEEKER, Laurence & Phillips IP Law, Washington, DC, argued for appellants. Also represented by KEVIN B. LAURENCE, MATTHEW C. PHILLIPS.

MICHAEL S. FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Coke Morgan Stewart. Also represented by ROBERT MCBRIDE, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, HUGHES and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 6, 2025
Date

Jarrett B. Perlow
Clerk of Court